United States District Court Northern District of Indiana

Date:
Levi Mast
℅ 4435N 500W
Shipshewana, IN 46565,
    Plaintiff,

vs.

Farmers State Bank
220 S. Detroit Street
LaGrange, IN 46761
    Defendant.

CASE NO.: 1:23-mc-1

PETITION FOR A VERIFICATION OF DEBT RELEASE OF CLAIM

No VALUE

-FILED-
JAN 30 2023
Chanda J. Buna Acting
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PETITION FOR A VERIFICATION OF DEBT

Reference:
Loan Number: 7100462 L
Deed of Trust / Warranty Deed Number: 05090545

Plaintiff  Levi Mast  requests verification of debt from Defendant,  Farmers State Bank . In order to establish whether Defendant has standing to bring forth remedies entitled to Defendant, Plaintiff requests the Defendant to produce the following as proof of claim within 30 days of this notice under Habeas Corpus.

1) The ORIGINAL WET INK SIGNATURE Promissory Note signed by Defendant in association to the loan pursuant of USC Title 18, Part 1, Chapter 101 s 2071.

2) Proof that the Defendant is in fact the Note Holder in Due Course and have standing as a party of interest in this Promissory Note as Plaintiff has reason to believe the Defendant has sold the Note under "mortgage-backed securities instrument" to investors under a pooling of interest.

   3) Defendant to stipulate **proof of claim** via the form of a sworn statement made under penalty of perjury/affidavit that they are in fact a Creditor in this loan/security instrument. A Creditor needs to show true double entry accounting debits of the loss as a result of the issuance of the loan to Plaintiff according to **Generally Accepted Accounting Principles (GAAP)**.

If Defendant cannot produce proof of claim, they have no standing in any future controversy.

If Defendant is unable to produce proof of claim, Plaintiff prays the court to order the Defendant to release all claims against Plaintiff and grant rightful remedies due to Plaintiff.

*Levi Mast* (signature)
Authorized Representative
Levi Mast
℅ 4435N 500W
Shipshewana, IN 46565

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by Certified U.S. Mail to:

Farmers State Bank
220 S. Detroit Street
LaGrange, IN 46761

This 30 day of Jan 2023

_____
Authorized Representative
Levi Mast

_____
Without Recourse
Witness:

AFFIX MAIL TRACKING NUMBER HERE