UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LEVI MAST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:23-cv-69- HAB-SLC ) |
| FARMERS STATE BANK, | ) ) |
| Defendant | ) |

## ORDER

On January 30, 2023, Plaintiff, Levi Mast filed a "Petition for Verification of Debt" accompanied by a $49.00 fee for miscellaneous actions. On February 15, 2023, Magistrate Judge Susan Collins ordered that the miscellaneous matter, 1:23-mc-1-SLC, be transferred to the civil docket. The case was reassigned to cause number 1:23-cv-69-HAB-SLC and assigned to the undersigned as presiding judge. [ECF No. 3]. Because the action was converted to a civil action, the Court ordered the plaintiff to pay the full civil filing fee of $402.00 or move to proceed *in forma pauperis* (that is, to proceed without prepayment of the filing fee) no later than March 16, 2023. (ECF No. 4). Plaintiff was warned that failure to respond by the deadline would result in dismissal. That deadline has come and gone without action by the Plaintiff. Accordingly, this case is DISMISSED.

SO ORDERED on March 23, 2023.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT