AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

LEVI D MAST, *also known as* LEE MAST
*also known as* LEVI MAST
    Plaintiff

v.  Civil Action No. 1:23-cv-69

FARMERS STATE BANK
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

**X** Other:   This case is DISMISSED.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Holly A Brady

DATE:   3/23/2023            CHANDA J. BERTA, ACTING CLERK OF COURT

                                     by   /s/ S. Kowalsky
                                                    *Signature of Clerk or Deputy Clerk*